**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

George Arthur Flournoy
Flournoy Law Firm
1239 Jackson Street
Alexandria LA 71301

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 23, 2020

**REHEARING ACTION: December 23, 2020**

**Docket Number: 20   00283-WCW**

**MARIA EBARB**
**VERSUS**
**BOISE CASCADE COMPANY**

**Writ Application from Office of Workers' Compensation - # 2 Case No. 18-06028**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Maria Ebarb** has this day been

    **DENIED.**
    Thibodeaux, C.J., would grant the rehearing.

In addition, the motion to dismiss plaintiff's application for rehearing filed by Boise

Cascade Company is hereby granted.

cc: Charles William Farr, Counsel for  the Respondent